# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval

        **V.**                        **JUDGMENT IN A CIVIL CASE**

Pacific Honda

                              **CASE NUMBER:**   09cv2878-DMS-CAB

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Proceed IFP is Granted and the Complaint is Dismissed with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(I).

| January 27, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                s/L Odierno
                                                                (By) Deputy Clerk

                                                                ENTERED ON January 27, 2010